**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-2211**

---

DONALD SULLIVAN,

                                        Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA; UNITED STATES ARMY
CORPS OF ENGINEERS; TERRY R. YOUNGBLUTH,
Colonel, Individually; JAMES W. DELONY,
Colonel, Individually; CHARLES R. ALEXANDER,
Colonel, Individually; J. RICHARD KAPKA,
Brigadier General, Individually; PETER MADSEN,
Brigadier General; JOE N. BALLARD, Lieutenant
General, Individually; ROBERT B. FLOWERS,
Lieutenant General; ERIC K. SHINESKI, General,
Individually, Army Chief of Staff; LOUIS
CALDERA, Individually; THOMAS E. WHITE,
Honorable, Secretary of the Army; MICKEY SUGG,
Individually; JEFF RICHTER, Individually; JIM
STERLING, Individually; WAYNE WRIGHT,
Individually,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge. (CA-03-22-7-F)

---

Submitted: February 19, 2004            Decided: February 24, 2004

---

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

Donald Sullivan, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald Sullivan appeals the district court's order dismissing his complaint seeking declaratory judgment that the United States Army Corps of Engineers does not have jurisdiction over his property pursuant to the Clean Water Act and seeking damages. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sullivan v. United States, No. CA-03-22-7-F (E.D.N.C. Aug. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED